## JOSIAH BELLOWS AND DAVID STONE, SURVIVING PARTNERS OF RICHARD H. JONES & CO., *versus* HENRY BERTHELET

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Continued *p. 676. *Journal 3:* (2) Rule to file bill of particulars *p. 70; (3) plea filed *p. 85; (4) referred *p. 209; (5) reference set aside, transferred to issue docket *p. 300; (6) jury impaneled *p. 311; (7) witnesses sworn *p. 311; (8) constable sworn to attend jury, verdict *p. 311; (9) rule for judgment *p. 328.
PAPERS IN FILE: (1) Capias and return; (2) declaration; (3) plea of non assumpsit; (4) precipe for subpoena; (5–6) subpoenas; (7) bill of particulars; (8) panel of jurors; (9) verdict; (10) precipe for execution fi. fa.; (11) writ of fi. fa. and return; (12) precipe for scire facias; (13) writ of scire facias; (14–16) statements of accounts; (17–18) receipts.
*Office Docket*, MS p. 50, c. 4. Recorded in *Book A*, MS pp. 353–61.

## GEORGE BROWN AND JOHN HAMILL *versus* BERIAH CLELAND

JOURNAL ENTRIES (1819): *Journal 2:* (1) Discontinued, judgment *p. 676.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) affidavit for attachment; (4) attachment bond; (5) writ of attachment and return.
*Office Docket*, MS p. 44, cases 2 and 3.

## JAMES FULTON *versus* HENRY HUDSON

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Continued *p. 676. *Journal 3:* (2) Continued *p. 157; (3) discontinued *p. 274.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) sworn account; (4) declaration; (5) plea in abatement; (6) precipe for execution fi. fa.; (7) writ of fi. fa. for costs.
*Office Docket*, MS p. 53, c. 4. Recorded in *Book A*, MS pp. 335–441.